UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH K. ZEMENCUK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0059 (PLF) |
| ) | |
| NOVARTIS PHARMACEUTICALS CORP., ) | |
| ) | |
| Defendant. ) | |

ORDER

On January 11, 2007, plaintiff filed a complaint in this Court alleging, among other things, negligence, breach of warranty, and strict liability. Local Civil Rule 5.1(e)(1) requires that "[t]he first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." Plaintiff's complaint does not. Accordingly, it is hereby

ORDERED that on or before February 1, 2007, plaintiff file an amended complaint that includes in the caption plaintiff's full residence address.

SO ORDERED.

\_\_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 17, 2007